UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:22-CR-124-D

| UNITED STATES OF AMERICA | ORDER GRANTING UNOPPOSED MOTION TO SCHEDULE SENTENCING |
|---|---|
| v. | |
| DERRELL EUGENE WILSON | |

On March 5, 2025, defendant moved to schedule sentencing. The government does not object. For good cause shown, the court GRANTS the motion. Wilson's sentencing hearing will be scheduled  for April 2025

SO ORDERED. This the 6 day of March, 2025.

JAMES C. DEVER III
United States District Judge